**Pam Bassel**
**Chapter 13 Standing Trustee**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**
**Telephone: (817) 916-4710**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE:   LILLY HELENE SCHAFFER | CASE NO: 15-40900-RFN |
| Debtor | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case. I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| LILLY HELENE SCHAFFER<br>6439 Bluffview Dr<br>Frisco, TX 75034 | 10/27/2015 | $4,526.81 |

/s/   Pam Bassel
Standing Chapter 13 Trustee

**NOTICE TO DEBTOR:**  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE **NOT** ENTITLED TO THESE FUNDS.

Go to http://www.txnb.uscourts.gov/unclaimed-funds for the U.S. Bankruptcy Unclaimed Funds Locator.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was mailed to the following named Debtor and creditor by U.S. First Class mail and served electronically on the Debtor's attorney, the United States Trustee and any other party who requested notice electronically on February 24, 2016 .

/s/   Pam Bassel
Standing Chapter 13 Trustee

LILLY HELENE SCHAFFER
6439 Bluffview Dr
Frisco, TX  75034